IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL HERYFORD, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:16-CV-3078-D |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and this action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for want of prosecution and for failure to obey orders of the court.

**SO ORDERED**.

March 13, 2017

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE